IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DARLENE LAWS, ) | No. CV 06-0114-PHX-EHC |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| DENNIS HARKINS, et al.,, ) | |
| ) | |
| Respondents. ) | |
| ) | |

On January 9, 2006, Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. 1). Respondents filed an Answer to Petitioner's Petition on March 13, 2006. (Dkt. 9). Petitioner filed a Reply on April 20, 2006. (Dkt. 10). On December 5, 2006, Magistrate Judge Edward C. Voss issued a Report and Recommendation. (Dkt. 12). Petitioner did not file an objection to the Report and Recommendation. A district court judge reviews a report and recommendation of a magistrate judge *de novo*. *See* 28 U.S.C. § 636(b)(1)(C). The Court having reviewed the record *de novo* adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. (Dkt. 12).

1    **IT IS FURTHER ORDERED** that the Petitioner's Petition for a Writ of Habeas
2 Corpus is **DENIED**.  (Dkt. 1).
3    DATED this 16th day of February, 2007.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge